**CGFI3** (6/1/2026)

# United States Bankruptcy Court

**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number: 26−17807−PDR**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Yipsy Perez Turo
aka Yipsi Perez, aka Yipsy Perez, aka Yepsi P, aka Yipsy Perez Juro, aka Yipsy Perez−Turo
20300 NW 27TH PL
Opa Locka, FL 33056
SSN: xxx−xx−0634

## NOTICE OF DEADLINE TO CORRECT FILING DEFICIENCIES

**NOTICE IS TO THE DEBTOR:** This case, which was filed on **June 15, 2026**, is missing one or more required documents or contains filing errors that must be corrected. **If the deficiencies are not corrected by the deadline listed below, this case may be dismissed without further notice or hearing.** Links to all required Official Bankruptcy Forms and AO Director's national forms and the court's local rules, forms, instructions and guidelines are available on the court website www.flsb.uscourts.gov.

**The following document(s) were NOT filed:**

Copies of all Payment Advices for the Debtor or other evidence of payment received within 60 days before filing of the petition [See Local Form LF−10 Declaration Regarding Payment Advices]

**DEADLINE TO CORRECT THESE DEFICIENCIES: 6/29/26**

**Please note that a debtor must file with any previously unfiled or amended schedules the Declaration About an Individual Debtor's Schedules (Official Bankruptcy Form 106Dec) and with any previously unfiled or amended Schedules D or E/F the Local Form Debtor's Notice of Compliance with Requirements for Amending Creditor Information (LF−04).** See Fed. R. Bankr. P. 1007 and 1009 and Local Rules 1007−1(b) and 1009−1. See also the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional formatting, fee, and other requirements for any amended service matrix.

**Dated:6/16/26**

**CLERK OF COURT**
By: Mariah Benjamin Harris , Deputy Clerk

*Copies to: Debtor*
*Attorney for Debtor*